**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHELLE & BRIAN RIEG, et al** | ) | **CASE NO.** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | **OF CIVIL ACTION** |
| **VILLAGE OF SEVILLE** | ) | |
| | ) | From the Medina County, Ohio |
| Defendant. | ) | Court of Common Pleas |
| | ) | Case No. 22CIV0848 |
| | ) | |
| | ) | (Jury Demand Endorsed Hereon) |

The defendant, Village of Seville, ("Seville"), pursuant to pursuant to 28 U.S.C. §1331, §1441 and §1446, respectfully state:

1. On October 19, 2022, the above-entitled civil action was filed against the defendants in the Court of Common Pleas, Medina County, Ohio, assigned Case No. 22CIV00848. A true and accurate copy of the complaint is attached hereto as Exhibit A

2. The parties agree that the complaint was served upon Seville by certified mail on October 25, 2022.

3. On November 15, 2022, the removing party served an answer to the complaint. A true and accurate copy of Seville's answer is attached hereto as Exhibit B.

4. An exemplar of the summons issued from the state court is attached hereto as Exhibit C, together with copies of the remaining filings from the state court proceedings to date in possession of the removing party, Seville.

5. The above-entitled case is a civil action asserting alleged violations of their Fifth and Fourteenth Amendment Rights by way of 42 USC 1983.

6.      This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1331, and this action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(a).

7.      Pursuant to 28 U.S.C. §1446(b), this notice is timely filed with this Court within 30 days after service on the defendants of the summons and complaint in the above-entitled action.

8.      A copy of this Notice of Removal will be promptly filed with the state court, consistent with 28 U.S.C. §1446(d).

**WHEREFORE**, Notice is hereby given that the above-entitled action is removed from the Court of Common Pleas, Lucas County, Ohio, to the United States District Court for the Northern District of Ohio.

Dated this 22nd day of November, 2022.

Respectfully submitted,


*s/Tonya J. Rogers*
Gregory A. Beck (0018260)
Tonya J. Rogers (0090439)
BAKER | DUBLIKAR
400 South Main Street
North Canton, Ohio 44720
Phone: (330) 499-6000
Fax: (330) 499-6423
E-mail:beck@bakerfirm.com
        tonya@bakerfirm.com
Counsel for Village of Seville

2

## JURY DEMAND

A trial by jury is demanded herein on all issues presented to the Court.

*s/Tonya J. Rogers*
Gregory A. Beck (0018260)
Tonya J. Rogers (0090439)
BAKER | DUBLIKAR

## PROOF OF SERVICE

I hereby certify that on November 22, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/Tonya J. Rogers*
Gregory A. Beck (0018260)
Tonya J. Rogers (0090439)
BAKER | DUBLIKAR

3